AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

G&G, LLC

V.

James L. Hyde, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:07-cv-00440-SLR

TO: (Name and address of Defendant)

Walnut Investment Partners, LP
Serve Registered Agent:
PHS Corporate Services, Inc.
1313 N. Market St., Suite 5100
Wilmington, DE  19801

Walnut Investment Partners, LP
312 Walnut Street, Suite 1151
Cincinnati, OH  45202

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Virginia Whitehill Guldi
Zuckerman Spaeder LLP
919 N. Market Street, Suite 990
P.O. Box 1028
Wilmington, DE  19899-1028

Mark E. Albert
Janet M. Nesse
Lawrence P. Block
Stinson Morrison Hecker LLP
1150 18th Street NW, Suite 800
Washington, DC  20036-3816

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                                8/9/07

CLERK                                                          DATE

By DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 8/9/07 |
| NAME OF SERVER (PRINT) JOHN A GARBER | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): PERSONALLY SERVED WALNUT INVESTMENT PARTNERS, LP by SERVING ITS REGISTERED AGENT, PHS CORPORATE SERVICES, INC AT 1313 N MARKET ST, WILM DE 19801 AT 4:18 PM PERSON ACCEPTING: NORMA TALMO

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/9/07
            Date          Signature of Server

230 N MARKET ST, WILM DE 1980
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.