AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

G&G, LLC

V.

James L. Hyde, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:07-cv-00440-SLR

TO: (Name and address of Defendant)

The Walnut Group
Serve Registered Agent
Diamond State Corporate Agents, Inc.
120 N. Broom St
Wilmington, Delaware  19806

The Walnut Group
312 Walnut Street, Suite 1151
Cincinnati, OH  45202

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Virginia Whitehill Guldi
Zuckerman Spaeder LLP
919 N. Market Street, Suite 990
P.O. Box 1028
Wilmington, Delaware  19899-1028

Marc E. Albert
Janet M. Nesse
Lawrence P. Block
Stinson Morrison Hecker LLP
1150 18th Street, NW, Ste. 800
Washington, D.C.  20036-3816

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

8/9/07

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 8/9/07 | |
| NAME OF SERVER (PRINT) JOHN A GARBER | TITLE Process Server | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☑ Other (specify): PERSONALLY SERVED THE WALNUT GROUP BY SERVING ITS REGISTERED AGENT, DIAMOND STATE CORPORATE AGENTS, INC AT 1200 N. BROOM ST, WILM DE AT 4:45PM PERSON ACCEPTING: KIM PARKS

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___8/9/07___
          Date                Signature of Server

230 N MARKET ST, WILM DE 19801
      Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.