AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware

G&G, LLC

V.

JAMES L. HYDE, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:07-cv-00440-SLR

TO: (Name and address of Defendant)

Millevere Holdings Limited                c/o Secretary of State
La Motte Chambers                         401 Federal Street
St. Heller, Jersey JE1 1BJ                Dover, Delaware  19901
Channel Islands

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Virginia Whitehill Guldi              Marc E. Albert
Zuckerman Spaeder LLP                 Janet M. Nesse
919 N. Market Street, Suite 990       Lawrence P. Block
P.O. Box 1028                         Stinson Morrison Hecker LLP
Wilmington, Delaware 19899-1028       1150 18th Street, NW, Suite 800
                                      Washington, D.C.  20036-3816

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                       8/9/07
CLERK                                 DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE August 9, 2007 |
| NAME OF SERVER (PRINT) John Pappas | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: Secretary of State 401 Federal Street Dover DE 19901 Service Accepted by Kerri Johnson at 4:04 pm

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/9/07
             Date

Signature of Server: John Pappas

Address of Server: 15 East North Street Dover DE 19901

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.