AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Delaware

G&G, LLC

V.

James L. Hyde, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:07-cv-00440-SLR

TO: (Name and address of Defendant)

James Gould
312 Walnut St., Suite 1151
Cincinnati, OH  45202

c/o Secretary of State
401 Federal Street
Dover, Delaware  19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Virginia Whitehill Guldi
Zuckerman Spaeder LLP
919 N. Market Street, Suite 990
P.O. Box 1028
Wilmington, DE  19899-1028

Mark E. Albert
Janet M. Nesse
Lawrence P. Block
Stinson Morrison Hecker LLP
1150 18th Street NW, Suite 800
Washington, DC  20036-3816

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

8/9/07

CLERK

By, DEPUTY CLERK

DATE

∗AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE August 9 2007 |
| NAME OF SERVER (PRINT) John Pappas | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: Secretary of State 401 Federal Street Dover DE 19901 service accepted by Pearl Johnson at 4:04 pm

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/9/07
_____
Date

*Signature of Server*  John Pappas

15 East North Street Dover DE 19901
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.