AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____Delaware_____

G&G, LLC

V.

James L. Hyde, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:07-cv-00440-SLR

TO: (Name and address of Defendant)

Lily C. Wong Langen  
Wilson Sonsini Goodrich & Rosati, PC  
2795 East Cottonwood Parkway, Ste. 300  
Salt Lake City, UT  84121

c/o Secretary of State  
401 Federal Street  
Dover, Delaware  19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Virginia Whitehill Guldi  
Zuckerman Spaeder LLP  
919 N. Market Street, Ste. 990  
P.O. Box 1028  
Wilmington, Delaware  19899-1028

Marc E. Albert  
Janet M. Nesse  
Lawrence P. Block  
Stinson Morrison Hecker LLP  
1150 18th Street, NW, Ste. 800  
Washington, D.C.  20036-3816

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                           8/9/07

CLERK _____          DATE

(By) DEPUTY CLERK

₮AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE August 9 2007 |
| NAME OF SERVER *(PRINT)* John Pappas | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Secretary of State 401 Federal Street Dover DE 19901. Service Accepted by Beverly Johnson at 11:14 pm

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     *John Pappas*
            Date                *Signature of Server*

             15 East North Street Dover DE 19901
             *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.