UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| G&G, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 07-440 |
| | : | |
| JAMES L. HYDE, VERDI WHITE, III, | : | |
| DOYLE JUDD, CRAIG COX, TIM | : | |
| WEILAND, BRAND EQUITY | : | |
| VENTURES II, LP, WALNUT | : | |
| INVESTMENT PARTNERS, LP, | : | |
| WALNUT PRIVATE EQUITY FUND, | : | |
| LP, THE WALNUT GROUP, | : | |
| MILLEVERE HOLDINGS LIMITED, | : | |
| DANIEL YARNELL, JAMES GOULD, | : | |
| SIMON WRIGHT, WALT | : | |
| SPOKOWSKI, WILSON SONSINI | : | |
| GOODRICH & ROSATI, PC, LILY C. | : | |
| WONG LANGEN, | : | |
| | : | |
| Defendants. | : | |

ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Michael A. Weidinger, Esquire, Joseph S. Naylor, Esquire and the firm of Morris James LLP in the above-captioned proceeding as counsel for defendants Brand Equity Ventures II, LP, Walnut Investment Partners, LP, Walnut Private Equity Fund, LP, The Walnut Group, Millevere Holdings Limited, Daniel Yarnell, James Gould, Simon Wright, and Walt Spokowski without waiver of any defenses, including but not limited to defects in jurisdiction, service, and venue.

          MORRIS JAMES LLP

*/s/ Joseph Naylor*
Michael A. Weidinger (#3360)
Joseph S. Naylor (#3886)
500 Delaware Ave., Suite 1500
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6800
mweidinger@morrisjames.com
jnaylor@morrisjames.com
Attorneys for Defendants
Brand Equity Ventures II, LP,
Walnut Investment Partners, LP,
Walnut Private Equity Fund, LP,
The Walnut Group, Millevere
Holdings Limited, Daniel Yarnell
James Gould, Simon Wright, Walt
Spokowksi

Dated: August 30, 2007