UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| G&G, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 07-440 |
| | : | |
| JAMES L. HYDE, VERDI WHITE, III, | : | |
| DOYLE JUDD, CRAIG COX, TIM | : | |
| WEILAND, BRAND EQUITY | : | |
| VENTURES II, LP, WALNUT | : | |
| INVESTMENT PARTNERS, LP, | : | |
| WALNUT PRIVATE EQUITY FUND, | : | |
| LP, THE WALNUT GROUP, | : | |
| MILLEVERE HOLDINGS LIMITED, | : | |
| DANIEL YARNELL, JAMES GOULD, | : | |
| SIMON WRIGHT, WALT | : | |
| SPOKOWSKI, WILSON SONSINI | : | |
| GOODRICH & ROSATI, PC, LILY C. | : | |
| WONG LANGEN, | : | |
| | : | |
| Defendants. | : | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to D. Del. L.R. 83.5 and the attached certification, counsel moves the admission pro hac vice of Joseph L. Bruemmer, Esquire to represent the following Defendants in this matter: Walnut Investment Partners, LP, Walnut Private Equity Fund, LP, The Walnut Group, Millevere Holdings Limited, Brand Equity Ventures II, LP, James Gould, Simon Wright, Daniel Yarnell, and Walter Spokowski.

MORRIS JAMES LLP

_/s/ Joseph Naylor_
Michael A. Weidinger (#3330)
Joseph S. Naylor (#3886)
500 Delaware Avenue, Ste 1500
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6800

Attorneys for Defendants
BRAND EQUITY VENTURES II, LP, WALNUT INVESTMENT PARTNERS, LP, WALNUT PRIVATE EQUITY FUND, LP, THE WALNUT GROUP, MILLEVERE HOLDINGS LIMITED, DANIEL YARNELL, JAMES GOULD, SIMON WRIGHT, WALT SPOKOWSKI

Dated: September 5, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____    _____
                                United States District Judge

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____     _____
                                   United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to D. Del. L.R. 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of Ohio, and pursuant to D. Del. L.R. 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court.

Signed: _____

Date: 8/31/07

Joseph L. Bruemmer, Esquire
Keating, Muething & Klekamp PLL
One East Fourth Street
Suite 1400
Cincinnati, OH 45202
Telephone: (513) 579-6400
Telecopy: (513) 579-6457
E-mail: jbruemmer@kmklaw.com