UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| G&G, LLC, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 07-440 |
| JAMES L. HYDE, VERDI WHITE, III, DOYLE JUDD, CRAIG COX, TIM WEILAND, BRAND EQUITY VENTURES II, LP, WALNUT INVESTMENT PARTNERS, LP, WALNUT PRIVATE EQUITY FUND, LP, THE WALNUT GROUP, MILLEVERE HOLDINGS LIMITED, DANIEL YARNELL, JAMES GOULD, SIMON WRIGHT, WALT SPOKOWSKI, WILSON SONSINI GOODRICH & ROSATI, PC, LILY C. WONG LANGEN, | : | |
| Defendants. | : | |

### STIPULATION FOR EXTENSION OF TIME

The undersigned counsel agree that defendants Brand Equity Ventures II, LP, Walnut Investment Partners, LP, Walnut Private Equity Fund, LP, The Walnut Group, Millevere Holdings Limited, Daniel Yarnell, James Gould, Simon Wright, and Walt Spokowski have an extension through and including September 21, 2007, to move, plead, or otherwise respond to the complaint.

| ZUCKERMAN SPAEDER LLP | MORRIS JAMES LLP |
|---|---|
| /s/ Virginia Guildi | /s/ Joseph Naylor |
| Thomas G. Macauley (ID No.3411) | Michael A. Weidinger (ID No. 3330) |
| Virginia Whitehill Guildi (ID No. 2792) | Joseph S. Naylor (ID No.3886) |
| Elizabeth D. Power (ID No. 4135) | 500 Delaware Ave., Suite 1500 |
| 919 N. Market Street, Suite 990 | P.O. Box 2306 |
| P.O. Box 1028 | Wilmington, DE 19899 |
| Wilmington, DE 19899 | (302) 888-6800 |
| (302) 427-0400 | Attorneys for Defendants |
| Attorneys for Plaintiff G&G, LLC | Brand Equity Ventures II, LP, Walnut Investment Partners, LP, Walnut Private Equity Fund, LP, The Walnut Group, Millevere Holdings Limited, Daniel Yarnell James Gould, Simon Wright, Walt Spokowski |

SO ORDERED this _____ day of _____, 2007.

_____
J.