**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| G&G, LLC, | ) |
| | ) |
| Plaintiff, | ) Case No. 07-440 (SLR) |
| | ) |
| -v- | ) |
| | ) |
| James L. Hyde, et al., | ) |
| | ) |
| Defendants. | ) |

**MOTION OF DEFENDANTS DAVID YARNELL, JAMES GOULD, SIMON WRIGHT, WALT SPOKOWSKI, AND MILLEVERE HOLDINGS LIMITED TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

Defendants David Yarnell, James Gould, Simon Wright, Walt Spokowski, and Millevere Holdings Limited hereby submit this Motion to Dismiss G&G's Amended Complaint for lack of personal jurisdiction under Fed. R. Civ. P. 12(b)(2). The grounds for this motion are set forth more fully in the accompanying Opening Brief

_____
Michael A. Weidinger (No. 3330)
Joseph S. Naylor (No. 3886)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19801
Tel: (302) 888-6800
Fax: (302) 571-1750
mweidinger@morrisjames.com
jnaylor@morrisjames.com

-and-

Michael L. Scheier (0055512)
Joseph L. Bruemmer (0079120)
KEATING MUETHING & KLEKAMP PLL
One East Fourth Street, Suite 1400
Cincinnati, Ohio 45202
Tel: (513) 579-6952
Fax: (513) 579-6457
mscheier@kmklaw.com
jbruemmer@kmklaw.com

*Attorney for Defendants,
Brand Equity Ventures II, LP, Walnut
Investment Partners, LP, Walnut Private
Equity Fund, LP, The Walnut Group, Millevere
Holdings Limited, David Yarnell, James
Gould, Simon Wright, & Walt Spokowski*