## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| G&G, LLC, | ) |
| | ) |
| Plaintiff, | )   Case No. 07-440 (SLR) |
| | ) |
| -v- | ) |
| | ) |
| James L. Hyde, et al., | ) |
| | ) |
| Defendants. | ) |

**MOTION OF DEFENDANTS WALNUT INVESTMENT PARTNERS, LP, WALNUT PRIVATE EQUITY FUND, LP, THE WALNUT GROUP, BRAND EQUITY VENTURES II, LP, MILLEVERE HOLDINGS LIMITED, DAVID YARNELL, JAMES GOULD, SIMON WRIGHT, AND WALT SPOKOWSKI TO DISMISS OR STAY AMENDED COMPLAINT OF G&G, L.L.C. PURSUANT TO THE FIRST-TO-FILE DOCTRINE**

Defendants Walnut Investment Partners, LP, Walnut Private Equity Fund, LP, The Walnut Group, Brand Equity Ventures II, LP, Millevere Holdings Limited, David Yarnell, James Gould, Simon Wright, and Walt Spokowski (collectively "Moving Defendants") hereby move this Court to dismiss G&G's Amended Complaint pursuant to the "first-to-file" rule recognized by the Third Circuit, and most recently applied in this judicial district in *Time Warner Cable, Inc. v. GPNE Corp.*, 2007 U.S. Dist. LEXIS 52655, at *9 (D. Del. July 20, 2007). Alternatively, the Moving Defendants ask the Court to stay this case in favor of the previously filed and ongoing litigation arising out of the same facts styled *Walnut Investment Partners, LP, et al. v. G&G, LLC, et al.* and pending in the United States District Court for the Southern District of

Ohio under Case No. 1:07-cv-380 ("Ohio Action").  The grounds for this Motion are set forth

more fully in the accompanying Opening Brief.

Michael A. Weidinger (No. 3330)
Joseph S. Naylor (No. 3886)
MORRIS JAMES LLP
500 Delaware Avenue
Suite 1500
P.O. Box 2306
Wilmington, DE 19801
Tel: (302) 888-6800
Fax: (302) 571-1750
mweidinger@morrisjames.com
jnaylor@morrisjames.com

- and -

Michael L. Scheier (0055512)
Joseph L. Bruemmer (0079120)
KEATING MUETHING & KLEKAMP PLL
One East Fourth St., Suite 1400
Cincinnati, Ohio 45202
Phone: (513) 579-6952
Fax: (513) 579-6457
mscheier@kmklaw.com
jbruemmer@kmklaw.com

*Attorney for Defendants,*
*Brand Equity Ventures II, LP, Walnut*
*Investment Partners, LP, Walnut Private*
*Equity Fund, LP, The Walnut Group, Millevere*
*Holdings Limited, David Yarnell, James*
*Gould, Simon Wright, & Walt Spokowski*