## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| G&G, LLC, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07-440 (SLR) |
| | ) | |
| SHAWN D. NELSON, et al., | ) | |
| | ) | |
| Defendants | ) | |

## MOTION OF THE DEFENDANTS WILSON, SONSINI, GOODRICH & ROSATI, P.C. AND LILY WONG LANGEN FOR AN ORDER DISMISSING THE PLAINTIFF G&G, LLC'S COMPLAINT

Pursuant to Federal Rules of Civil Procedure 9(b), 12(b)(2) and 12(b)(6), defendants Wilson, Sonsini, Goodrich & Rosati, P.C. ("Wilson Sonsini") and Lily Wong Langen ("Ms. Langen" and together with Wilson Sonsini, the "Lawyer Defendants"), by and through their undersigned counsel, Morris, Nichols, Arsht & Tunnell LLP, hereby move the Court for an order, substantially in one of the forms attached hereto, dismissing the claims against the Lawyer Defendants contained in the Amended Complaint filed in this action.  The grounds for this motion are more fully set forth in *Defendants Wilson, Sonsini, Goodrich & Rosati, P.C. and Lily Wong Langen's Opening Brief In Support Of Its Motion To Dismiss The Plaintiff G&G, LLC's Complaint* filed contemporaneously herewith.

*[Signature page follows]*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____

Thomas C. Grimm (No. 1098)
Derek C. Abbott (No. 3376)
Ian R. McConnel (No. 4888)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200

*Attorneys for Defendants*
*Wilson, Sonsini, Goodrich & Rosati P.C. & Lily Wong*
*Langen*

September 24, 2007

1230823.1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

G&G, LLC,                          )
                    Plaintiff,     )
                                   )
        v.                         )     Case No. 07-440 (SLR)
                                   )
SHAWN D. NELSON, et al.,           )
                                   )
_____Defendants____)

ORDER DISMISSING AMENDED COMPLAINT FOR
LACK OF PERSONAL JURISDICTION

Upon review of the Motion of Defendants Wilson, Sonsini, Goodrich & Rosati, P.C. ("Wilson Sonsini") and Lily Wong Langen ("Ms. Langen" and together with Wilson Sonsini, the "Lawyer Defendants") for entry of an order dismissing the claims against the Lawyer Defendants in the Plaintiff G&G, LLC's Complaint (the "Motion")[1], and the Court having considered the Motion, *Defendants Wilson, Sonsini, Goodrich & Rosati, P.C. and Lily Wong Langen's Opening Brief in Support of Its Motion to Dismiss the Plaintiff G&G, LLC's Complaint*, and replies thereto and having found good cause,

IT IS HEREBY ORDERED THAT:

(1) The Motion is GRANTED; and

---

[1]    All capitalized terms used herein shall have the meaning ascribed to them in the Motion.

(2) This Court lacks personal jurisdiction over the Lawyer Defendants, and accordingly, the Amended Complaint is hereby dismissed.

SO ORDERED this __ day of _____, 2007

_____

The Honorable Sue L. Robinson
United States District Court Judge

1230812.1

2

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

G&G, LLC,                          )
        Plaintiff,         )
                  )
      v.                        )    Case No. 07-440 (SLR)
                  )
SHAWN D. NELSON, et al.,            )
                  )
        Defendants          )

## ORDER DISMISSING THE CLAIMS AGAINST DEFENDANTS WILSON, SONSINI, GOODRICH & ROSATI, P.C. AND LILY WONG LANGEN IN THE PLAINTIFF G&G, LLC'S COMPLAINT

Upon review of the Motion of Defendants Wilson, Sonsini, Goodrich & Rosati, P.C. ("Wilson Sonsini") and Lily Wong Langen ("Ms. Langen" and together with Wilson Sonsini, the "Lawyer Defendants") for entry of an order dismissing the claims against the Lawyer Defendants in the Plaintiff G&G, LLC's Complaint (the "Motion")[1], and the Court having considered the Motion, *Defendants Wilson, Sonsini, Goodrich & Rosati, P.C. and Lily Wong Langen's Opening Brief in Support of Its Motion to Dismiss the Plaintiff G&G, LLC's Complaint*, and replies thereto and having found good cause,

IT IS HEREBY ORDERED THAT:

(1) The Motion is GRANTED; and

(2) Counts III, VII, VIII and X of the Complaint against the Lawyer Defendants are dismissed with prejudice.

---

[1]     All capitalized terms used herein shall have the meaning ascribed to them in the Motion.

(3) Counts IX and XI of the Complaint against Wilson Sonsini are dismissed with

prejudice.

**SO ORDERED** this ___ day of _____, 2007.

_____

The Honorable Sue L. Robinson
United States District Court Judge

1230797.1

## <u>CERTIFICATE OF SERVICE</u>

        I, Ian R. McConnel, certify that I am not less than 18 years of age, and that service

of the foregoing **Motion Of The Defendants Wilson, Sonsini, Goodrich & Rosati, P.C. And Lily**

**Wong Langen For An Order Dismissing The Plaintiff G&G, LLC's Complaint** was made on

September 24, 2007, in the manner shown, upon the entities on the attached list.

Dated:  September 24, 2007                          */s/ Ian R. McConnel*

                                      an R. McConnel (No. 4888)

793684.1

# SERVICE LIST

| **VIA HAND DELIVERY** | **VIA FIRST CLASS U.S. MAIL** |
|---|---|
| Thomas G. Macauley, Esquire | Marc E. Albert, Esquire |
| Virginia Whitehill Guldi, Esquire | Lawrence P. Block, Esquire |
| Elizabeth D. Power, Esquire | Katherine M. Sutcliffe Becker, Esquire |
| Zuckerman Spaeder LLP | Stinson Morrison Hecker LLP |
| 919 Market Street, Suite 990 | 1150 18th Street NW, Ste. 800 |
| P.O. Box 1028 | Washington D.C. 20036 |
| Wilmington, DE  19899 | |
| | Michael L. Scheier, Esquire |
| Michael A. Weidinger, Esq. | Joseph L. Bruemmer, Esquire |
| Joseph S. Naylor, Esq. | Keating, Muething & Keklamp PLL |
| Morris James LLP | One East Fourth Street |
| 500 Delaware Avenue, Suite 1500 | Suite 1400 |
| Wilmington, DE 19801 | Cincinnati, OH 45202 |

1241574.1