## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| G&G, LLC | : |
| | : C.A. No. 07-00440 SLR |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| JAMES L. HYDE, *et al.* | : |
| | : |
| Defendants | : |

### CONSENT JUDGMENT

1.      Judgment is hereby granted on all of the claims made in this cause in favor of G&G, LLC the Plaintiff, and against Defendant James Hyde in the sum of One Million Eight Hundred and Fifty Thousand Dollars and Zero Cents ($1,850,000.00), to bear interest from the date of entry of this judgment at the rate of five (5%) percent per annum.

2.      Pursuant to Rule 54(b), the court expressly determines that there is no just reason for delay in the entry of this judgment and expressly directs its entry.

DONE this 25th day of September, 2007.

_____
JUDGE
UNITED STATES DISTRICT COURT

11