UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| G&G, LLC | : |
|       Plaintiff, | : |
| v. | :   Case No. 07-440 |
| JAMES L. HYDE, *et al.*, | : |
|       Defendants. | : |

**STIPULATION FOR EXTENSION OF TIME**

The undersigned counsel agree that G&G, LLC (the "Plaintiff") has an extension of the time within which to file a response to the Motion to Dismiss filed by defendants Wilson, Sonsini, Goodrich & Rosati, P.C. and Lily Wong Langen (collectively, the "Defendants") through and including October 26, 2007.

The undersigned counsel further agree that the Defendants have an extension through and including November 12, 2007 to submit any reply to the Plaintiff's response.

Dated: October 1, 2007
       Wilmington, Delaware

| ZUCKERMAN SPAEDER LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ Virginia Whitehill Guldi | /s/ Ian R. McConnel |
| Thomas G. Macauley (ID No. 3411) | Thomas C. Grimm (ID No. 1098) |
| Virginia Whitehill Guldi (ID No 2792) | Derek C. Abbott (ID No. 3376) |
| 919 Market Street, Suite 990 | Ian R. McConnel (ID No. 4888) |
| P.O. Box 1028 | 1201 North Market Street |
| Wilmington, DE 19899 | P.O. Box 1347 |
| (302) 427-0400 | Wilmington, DE 19899 |
| Attorneys for Plaintiff G&G, LLC | (302)658-9200 |
| | Attorneys for Defendants Wilson, Sonsini, Goodrich & Rosati P.C. and Lily Wong Langen |

1494870.1

2

SO ORDERED this _____ day of _____, 2007.

_____
United States District Court Judge