UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| G&G, LLC<br><br>      Plaintiff,<br><br>v.<br><br>JAMES L. HYDE, *et al.*,<br><br>      Defendants. | Case No. 07-440 |

**FURTHER STIPULATION FOR EXTENSION OF TIME**

The undersigned counsel agree that G&G, LLC (the "Plaintiff") has an extension of the time within which to file a response to the Motion to Dismiss filed by defendants Brand Equity Ventures II, LP, Walnut Investment Partners, LP, Walnut Private Equity Fund, LP, The Walnut Group, Millevere Holdings Limited, Daniel Yarnell, James Gould, Simon Wright, and Walt Spokowski (collectively the Defendants") and to the additional Motion to Dismiss filed by Defendants Millevere Holdings Limited, Daniel Yarnell, James Gould, Simon Wright, and Walt Spokowski through and including October 26, 2007.

The undersigned counsel further agree that the Defendants have an extension through and including November 12, 2007 to submit any reply to the Plaintiff's respective responses.

1494778.1

Dated: October 1, 2007
      Wilmington, Delaware

| ZUCKERMAN SPAEDER LLP | MORRIS JAMES LLP |
|---|---|
| /s/ Virginia Whitehill Guldi<br>Thomas G. Macauley (ID No. 3411)<br>Virginia Whitehill Guldi (ID No 2792)<br>919 Market Street, Suite 990<br>P.O. Box 1028<br>Wilmington, DE 19899<br>(302) 427-0400<br>Attorneys for Plaintiff G&G, LLC | /s/ Joseph S. Naylor<br>Michael A. Weidinger (ID No. 3330)<br>Joseph S. Naylor (ID No. 3886)<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19899<br>(302)888-6800<br>Attorneys for Defendants Brand Equity Ventures II, LP, Walnut Investment Partners, LP, Walnut Private Equity Fund, LP, The Walnut Group, Millevere Holdings Limited, Daniel Yarnell, James Gould, Simon Wright, and Walt Spokowski |

SO ORDERED this _____ day of _____, 2007.

_____
United States District Court Judge