UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| G&G, LLC<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JAMES HYDE, et al.,<br><br>　　　　　Defendants. | Case No. 07-440 (SLR) |

## JOINT STIPULATION OF SETTLEMENT AND DISMISSAL

Comes Now, the Plaintiff, G&G, LLC ("G&G") and Defendants, Wilson, Sonsini, Goodrich & Rosati ("Wilson Sonsini") and Lily C. Wong Langen ("Langen"), by and through their respective counsel, and hereby submit their Joint Stipulation of Settlement and Dismissal pursuant to Fed. R. Bankr. P. 7041 and Fed. R. Civ. P. 41, as follows:

　　　　1.　　G&G has entered into a Settlement Agreement with Wilson Sonsini and Langen, dated November 2, 2007.

　　　　2.　　Pursuant to the terms of the Settlement Agreement, G&G's claims against Wilson Sonsini and Langen are hereby dismissed with prejudice.

| | |
|---|---|
| Dated: November 21, 2007 | Respectfully submitted, |
| MORRIS, NICHOLS, ARSHT & TUNNEL, LLP | ZUCKERMAN SPAEDER LLP |

/s/ Derek Abbott
Morris, Nichols, Arsht & Tunnel LLP
1201 North Market St.
P.O. Box 13417
Wilmington, DE 19899
(302) 658-9200

Attorney for Wilson, Sonsini, Goodrich & Rosati and Lily Wong Langen

/s/ Virginia Whitehill Guldi
Thomas G. Macauley (No. 3411)
Virginia Whitehill Guldi (No. 2792)
919 Market Street, Suite 990
P.O. Box 1028
Wilmington, DE 19899
(302) 427-0400

STINSON MORRISON HECKER LLP
Marc E. Albert
Janet M. Nesse
Lawrence P. Block
Katherine M. Sutcliffe Becker
1150 18th Street NW, Ste. 800
Washington, DC 20036-3816
(202) 785-9100

Attorneys for G&G, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of November, 2007, a copy of the foregoing Joint Stipulation of Settlement and Dismissal was served via postage paid, first-class mail, on the following:

Michael A. Weidinger
Joseph S. Naylor
Morris, James LLP
500 Delaware Ave., Suite 1500
Wilmington, DE 19801

Michael L. Scheier
Joseph L. Bruemmer
Keating Muething & Klekamp PLLC
One East Fourth St., Suite 400
Cincinnati, Ohio 45202

Derek C. Abbott
Ian Roberts McConnel
Morris, Nichols, Arsht & Tunnell
1201 North Market St.
P.O. Box 1347
Wilmington, DE 19899

/s/ Virginia Whitehill Guldi
Virginia Whitehill Guldi