# Morris James LLP

Joseph S. Naylor<br>
302.888.6914<br>
jnaylor@morrisjames.com

November 21, 2007

**VIA ELECTRONIC FILING**

The Honorable Sue L. Robinson
United States District Court for the District of Delaware
844 King Street
Wilmington, DE 19801

    Re:   G&G, L.L.C. v. James L. Hyde, et al.,
            Civil Action No.; 07-440 (SLR)

Dear Judge Robinson:

     Pursuant to Local Rule 7.1.4, Defendants Brandy Equity Ventures II LP, Walnut Investment Partners LP, Walnut Private Equity Fund LP, Walnut Group, Millevere Holdings Limited, Daniel Yarnell, James Gould, Simon Wright, and Walt Spokowski request oral argument on Defendants' Motion to Dismiss or Stay Amended Complaint of G&G, L.L.C. Pursuant to the First-to-File Doctrine (D.I. No. 28) and upon Defendants' David Yarnell, James Gould, Simon Wright, Walt Spokowski and Millevere Holdings, Limited, Motion to Dismiss Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(2) (D.I. No. 26). Briefing on these motions has been completed.

Respectfully,<br><br>
<em>/s/ Joseph Naylor</em><br>
Joseph S. Naylor (I.D. No. 3886)<br>
jnaylor&morrisjames.com

JSN/pvs

cc:   Virginia W. Guldi, Esquire (via e-file)
       Thomas G. Macauley, Esquire (via e-file)
       Elizabeth D. Power, Esquire (via e-file)
       Thomas C. Grimm, Esquire (via e-file)