# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| G&G, LLC | : | |
| | : | |
| Plaintiff, | : | |
| | : | Case No. 07-440 (SLR) |
| v. | : | |
| | : | |
| JAMES HYDE, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

## APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel applies for the admission *pro hac vice* of Janet Nesse and Lawrence P. Block to represent Plaintiff G&G LLC in this matter.

Ms. Nesse is admitted, practicing and in good standing in the Bars of the District of Columbia, State of Maryland and the Commonwealth of Virginia, United States District Courts for the District of Maryland, Eastern District of Virginia and District of Columbia, and the United States Court of Appeals for the Fourth Circuit.

Mr. Block is admitted, practicing and in good standing in the Bars of the District of Columbia, State of Maryland and the Commonwealth of Virginia, United States District Courts for the District of Maryland, Eastern District of Virginia and District of Columbia, the United States Court of Federal Claims and the United States Court of Appeals for the Fourth Circuit.

Dated: Wilmington, Delaware
      November 30, 2007

Thomas G. Macauley (ID No. 3411)
Virginia W. Guldi (ID No. 2792)
Zuckerman Spaeder LLP
P.O. Box 1028
919 Market Street, Suite 990
Wilmington, Delaware 19899-1028
Telephone:  (302) 427-0400


The undersigned certifies that pursuant to Local Rule 83.5, she/he is eligible for

admission to this Court, is admitted, practicing and in good standing in the jurisdictions set forth

above, and pursuant to Local Rule 83.6 submits to the disciplinary jurisdiction of this Court for

any alleged misconduct which occurs in the preparation or course of this action.  She/he also

certifies that she/he is generally familiar with this Court's Local Rules and with Standing Order

for District Court Fund effective 1/1/05.  She/he further certifies that the annual fee of $25.00 has

been paid to the Clerk of Court for District Court.

Janet Nesse
Stinson Morrison Hecker LLP
1150 Eighteenth Street, N.W.
Suite 800
Washington, DC 20036
Telephone: (202) 785-9100
Facsimile: (202) 785-9163

Lawrence P. Block
Stinson Morrison Hecker LLP
1150 Eighteenth Street, N.W.
Suite 800
Washington, DC 20036
Telephone:  (202) 785-9100
Facsimile:  (202) 785-9163

1531178.1

IT IS HEREBY ORDERED that counsel's application for admission *pro hac vice* is

granted.

Date:  December _____, 2007

_____
The Honorable Sue L. Robinson
United States District Judge

1531178.1