# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| G&G, LLC | : |
|       Plaintiff, | : |
| | : Case No. 07-440 (SLR) |
|    v. | : |
| JAMES HYDE, et al., | : |
|       Defendants. | : |

## CERTIFICATE OF DISCOVERY

I hereby certify that on the 17th day of December, 2007, a copy of the G&G LLC's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) was sent via email and first class mail, postage prepaid, to the following:

Michael A. Weidinger
Joseph S. Naylor
Morris, James LLP
500 Delaware Ave., Suite 1500
Wilmington, DE 19801
mweidinger@morrisjames.com
jnaylor@morrisjames.com

Michael L Scheier
Joseph L. Bruememr
Keating Muething & Klekamp
One East Fourth St., Suite 1400
Cincinnati, Ohio 45202
mscheier@kmklaw.com
jbruemmer@kmklaw.com

                                                    /s/ Virginia Whitehill Guldi
                                                    Virginia Whitehill Guldi

1609449.1

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 17th day of December, 2007, a copy of G&G's Certificate of Discovery was served via email and postage paid, first-class mail, on the following:

Michael A. Weidinger
Joseph S. Naylor
Morris, James LLP
500 Delaware Ave., Suite 1500
Wilmington, DE 19801
mweidinger@morrisjames.com
jnaylor@morrisjames.com

Michael L Scheier
Joseph L. Bruememr
Keating Muething & Klekamp
One East Fourth St., Suite 1400
Cincinnati, Ohio 45202
mscheier@kmklaw.com
jbruemmer@kmklaw.com

              /s/ Virginia Whitehill Guldi
              Virginia Whitehill Guldi

1609449.1