UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| G&G, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 07-440 |
| | : | |
| JAMES L. HYDE, VERDI WHITE, III, | : | |
| DOYLE JUDD, CRAIG COX, TIM | : | |
| WEILAND, BRAND EQUITY | : | |
| VENTURES II, LP, WALNUT | : | |
| INVESTMENT PARTNERS, LP, | : | |
| WALNUT PRIVATE EQUITY FUND, | : | |
| LP, THE WALNUT GROUP, | : | |
| MILLEVERE HOLDINGS LIMITED, | : | |
| DANIEL YARNELL, JAMES GOULD, | : | |
| SIMON WRIGHT, WALT | : | |
| SPOKOWSKI, WILSON SONSINI | : | |
| GOODRICH & ROSATI, PC, LILY C. | : | |
| WONG LANGEN, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 17, 2007, copies of the Rule 26 Initial Disclosures of Defendants Walnut Investment Partners, L.P., Walnut Private Equity Fund, L.P., the Walnut Group, Brand Equity Ventures II, L.P., Millevere Holdings Limited, David Yarnell, James Gould, Simon Wright and Walt Spokowski, along with this Notice of Service, were served on the following by sending a copy thereof via e-mail and the United States Postal Service:

    Thomas G. Macauley, Esquire
    Virginia W. Guldi, Esquire
    Zuckerman Spaeder LLP
    919 Market Street, Suite 990
    P.O. Box 1028
    Wilmington, DE  19899

Marc E. Albert, Esquire
Janet M. Neese, Esquire
Lawrence P. Block, Esquire
Katherine M. Sutcliffe Becker, Esquire
Stinson Morrison Hecker LLP
1150 18th Street NW, Suite 800
Washington, DC 20036-3816

_____
Michael A. Weidinger (No. 3330)
Joseph S. Naylor (No. 3886)
MORRIS JAMES LLP
500 Delaware Avenue
Suite 1500
P.O. Box 2306
Wilmington, DE 19801
Tel: (302) 888-6800
Fax: (302) 571-1750
mweidinger@morrisjames.com
jnaylor@morrisjames.com

- and -

Michael L. Scheier
Joseph L. Bruemmer
KEATING MUETHING & KLEKAMP PLL
One East Fourth St., Suite 1400
Cincinnati, Ohio 45202
Phone: (513) 579-6952
Fax: (513) 579-6457
mscheier@kmklaw.com
jbruemmer@kmklaw.com

*Attorneys for Defendants,*
*Brand Equity Ventures II, LP, Walnut*
*Investment Partners, LP, Walnut*
*Private Equity Fund, LP, The Walnut*
*Group, Millevere Holdings Limited,*
*David Yarnell, James Gould, Simon*
*Wright, & Walt Spokowski*

1640515