IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| G & G LLC, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 07-440-SLR |
| | ) |
| VERDI WHITE, III, DOYLE JUDD, | ) |
| CRAIG COX, TIM WEILAND, BRAND | ) |
| EQUITY VENTURES II LP, WALNUT | ) |
| INVESTMENT PARTNERS LP, | ) |
| WALNUT PRIVATE EQUITY FUND LP, | ) |
| WALNUT GROUP, MILLEVERE | ) |
| HOLDINGS LIMITED, DANIEL | ) |
| YARNELL, JAMES GOULD, SIMON | ) |
| WRIGHT, WALT SPOKOWSKI, | ) |
| WILSON SONSINI GOODRICH & | ) |
| ROSATI PC, and LILY C. WONG | ) |
| LANGEN, | ) |
| | ) |
|     Defendants. | ) |

**O R D E R**

At Wilmington this 25th day of January, 2008, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Defendants David Yarnell, James Gould, Simon Wright, Walt Spokowski, and Millevere Holdings Limited's motion to dismiss (D.I. 26) pursuant to Federal Rule of Civil Procedure 12(b)(2) is denied without prejudice and with leave to renew.

2. Defendants Walnut Investment Partners, LP, Walnut Private Equity Fund, LP, Walnut Group, Millevere Holdings Limited, David Yarnell, James Gould, Simon Wright, Walt Spokowski, and Brand Equity Ventures II, LP's motion to dismiss or to stay amended complaint based upon first to file doctrine (D.I. 28) is denied without prejudice

and with leave to renew.

_____
United States District Judge