UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| G&G, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES L. HYDE, VERDI WHITE, III, DOYLE JUDD, CRAIG COX, TIM WEILAND, BRAND EQUITY VENTURES II, LP, WALNUT INVESTMENT PARTNERS, LP, WALNUT PRIVATE EQUITY FUND, LP, THE WALNUT GROUP, MILLEVERE HOLDINGS LIMITED, DANIEL YARNELL, JAMES GOULD, SIMON WRIGHT, WALT SPOKOWSKI, WILSON SONSINI GOODRICH & ROSATI, PC, LILY C. WONG LANGEN,<br><br>    Defendants. | :<br>:<br>:<br>:   C.A. No. 07-440<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE WITHDRAW the appearance of Joseph S. Naylor on behalf of of Defendants Brand Equity Ventures II, LP, Walnut Investment Partners, LP, Walnut Private Equity Fund, LP, The Walnut Group, Millevere Holdings Limited, David Yarnell, James Gould, Simon Wright, & Walt Spokowski. The attorneys and law firm of Morris James, LLP, and Keating Muething & Klekamp PPL, continue to represent those listed Defendants.

MORRIS JAMES LLP

*/s/ Michael A. Weidinger*
_____
Michael A. Weidinger (No. 3330)
500 Delaware Avenue
Suite 1500
P.O. Box 2306
Wilmington, DE 19801
Tel: (302) 888-6800
Fax: (302) 571-1750
mweidinger@morrisjames.com

- and -

Michael L. Scheier
Joseph L. Bruemmer
KEATING MUETHING & KLEKAMP PLL
One East Fourth St., Suite 1400
Cincinnati, Ohio 45202
Phone: (513) 579-6952
Fax: (513) 579-6457
mscheier@kmklaw.com
jbruemmer@kmklaw.com

*Attorneys for Defendants,*
*Brand Equity Ventures II, LP, Walnut*
*Investment Partners, LP, Walnut Private*
*Equity Fund, LP, The Walnut Group,*
*Millevere Holdings Limited, David Yarnell,*
*James Gould, Simon Wright, & Walt*
*Spokowski*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of January, 2008, I caused the foregoing Notice of Withdrawal of Appearance to be served electronically upon the following counsel of record:

Thomas G. Macauley, Esquire
Virginia W. Guldi, Esquire
Zuckerman Spaeder LLP
919 Market Street, Suite 990
P.O. Box 1028
Wilmington, DE  19899

Marc E. Albert, Esquire
Janet M. Neese, Esquire
Lawrence P. Block, Esquire
Katherine M. Sutcliffe Becker, Esquire
Stinson Morrison Hecker LLP
1150 18th Street NW, Suite 800
Washington, DC  20036-3816

/s/ Michael A. Weidinger
Michael A. Weidinger (#3330)

1640515