UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| G&G, LLC, | : | |
|     Plaintiff, | : | |
|     v. | : | C.A. No. 07-440 (SLR) |
| JAMES L. HYDE, VERDI WHITE, III, DOYLE JUDD, CRAIG COX, TIM WEILAND, BRAND EQUITY VENTURES II, LP, WALNUT INVESTMENT PARTNERS, LP, WALNUT PRIVATE EQUITY FUND, LP, THE WALNUT GROUP, MILLEVERE HOLDINGS LIMITED, DANIEL YARNELL, JAMES GOULD, SIMON WRIGHT, WALT SPOKOWSKI, WILSON SONSINI GOODRICH & ROSATI, PC, LILY C. WONG LANGEN, | : | |
|     Defendants. | : | |

## STIPULATION AND ORDER REGARDING TIME TO FILE ANSWER

Subject to the approval of the Court, the undersigned counsel hereby agree that defendants Brand Equity Ventures II, LP, Walnut Investment Partners, LP, Walnut Private Equity Fund, LP, The Walnut Group, Millevere Holdings Limited, Daniel Yarnell, James Gould, Simon Wright, and Walt Spokowski have an extension through and including May 28, 2008, to file an answer and any counterclaims in the action.

| ZUCKERMAN SPAEDER LLP | MORRIS JAMES LLP |
|---|---|
| _____/s/ Virginia Whitehill Guldi_____<br>Thomas G. Macauley (ID No.3411)<br>Virginia Whitehill Guldi (ID No. 2792)<br>Elizabeth D. Power (ID No. 4135)<br>919 N. Market Street, Suite 990<br>P.O. Box 1028<br>Wilmington, DE 19899<br>(302) 427-0400<br>tmacauley@zuckerman.com<br>vguldi@zuckerman.com<br>bpower@zuckerman.com<br>Attorneys for Plaintiff G&G, LLC | _____/s/ Michael A. Weidinger_____<br>Michael A. Weidinger (ID No. 3330)<br>500 Delaware Ave., Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19899<br>(302) 888-6800<br>mweidinger@morrisjames.com<br>Attorneys for Defendants<br>Brand Equity Ventures II, LP, Walnut<br>Investment Partners, LP,<br>Walnut Private Equity Fund, LP,<br>The Walnut Group, Millevere<br>Holdings Limited, Daniel Yarnell<br>James Gould, Simon Wright, Walt<br>Spokowski |

SO ORDERED this _____ day of_____ , 2008.

_____
J.

1744332/1