UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| G&G, LLC, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> JAMES L. HYDE, VERDI WHITE, III, : <br> DOYLE JUDD, CRAIG COX, TIM : <br> WEILAND, BRAND EQUITY : <br> VENTURES II, LP, WALNUT : <br> INVESTMENT PARTNERS, LP, : <br> WALNUT PRIVATE EQUITY FUND, : <br> LP, THE WALNUT GROUP, : <br> MILLEVERE HOLDINGS LIMITED, : <br> DANIEL YARNELL, JAMES GOULD, : <br> SIMON WRIGHT, WALT : <br> SPOKOWSKI, WILSON SONSINI : <br> GOODRICH & ROSATI, PC, LILY C. : <br> WONG LANGEN, : <br> : <br> Defendants. : | C.A. No. 07-440 (SLR) |

**STIPULATION AND ORDER**
**REGARDING TIME TO FILE ANSWER**

WHEREAS, the parties have been engaged in substantial settlement negotiations and believe additional time is necessary to conclude those negotiations; and

WHEREAS, the parties have agreed to prior extensions to answer the complaint and believe a further extension is warranted to further settlement discussions.

NOW THEREFORE, subject to the approval of the Court, the undersigned counsel agree that defendants Brand Equity Ventures II, LP, Walnut Investment Partners, LP, Walnut Private Equity Fund, LP, The Walnut Group, Millevere Holdings Limited, Daniel Yarnell, James Gould, Simon Wright, and Walt Spokowski have an extension

through and including July 25, 2008, to file an answer and any counterclaims in the action.

| ZUCKERMAN SPAEDER LLP | MORRIS JAMES LLP |
|---|---|
| /s/ Virginia Whitehill Guldi | /s/ Michael A. Weidinger |
| Thomas G. Macauley (ID No.3411) | Michael A. Weidinger (ID No. 3330) |
| Virginia Whitehill Guldi (ID No. 2792) | 500 Delaware Ave., Suite 1500 |
| Elizabeth D. Power (ID No. 4135) | P.O. Box 2306 |
| 919 N. Market Street, Suite 990 | Wilmington, DE 19899 |
| P.O. Box 1028 | (302) 888-6800 |
| Wilmington, DE 19899 | mweidinger@morrisjames.com |
| (302) 427-0400 | Attorneys for Defendants |
| tmacauley@zuckerman.com | Brand Equity Ventures II, LP, Walnut |
| vguldi@zuckerman.com | Investment Partners, LP, |
| bpower@zuckerman.com | Walnut Private Equity Fund, LP, |
| Attorneys for Plaintiff G&G, LLC | The Walnut Group, Millevere Holdings Limited, Daniel Yarnell James Gould, Simon Wright, Walt Spokowski |

SO ORDERED this _____ day of_____, 2008.

_____
J.

1785430/1