UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| G&G, LLC, | : |
|     Plaintiff, | : |
|     v. | :    C.A. No. 07-440 (SLR) |
| JAMES L. HYDE, VERDI WHITE, III, DOYLE JUDD, CRAIG COX, TIM WEILAND, BRAND EQUITY VENTURES II, LP, WALNUT INVESTMENT PARTNERS, LP, WALNUT PRIVATE EQUITY FUND, LP, THE WALNUT GROUP, MILLEVERE HOLDINGS LIMITED, DANIEL YARNELL, JAMES GOULD, SIMON WRIGHT, WALT SPOKOWSKI, WILSON SONSINI GOODRICH & ROSATI, PC, LILY C. WONG LANGEN, | : |
|     Defendants. | : |

**STIPULATION AND ORDER**
**REGARDING TIME TO FILE ANSWER**

WHEREAS, the parties have been engaged in substantial settlement negotiations and believe additional time is necessary to conclude those negotiations; and

WHEREAS, the parties have agreed to prior extensions to answer the complaint and believe a further extension is warranted to further settlement discussions.

NOW THEREFORE, subject to the approval of the Court, the undersigned counsel agree that defendants Brand Equity Ventures II, LP, Walnut Investment Partners, LP, Walnut Private Equity Fund, LP, The Walnut Group, Millevere Holdings Limited, Daniel Yarnell, James Gould, Simon Wright, and Walt Spokowski have an extension

1895962.1

through and including September 23, 2008, to file an answer and any counterclaims in the action.

| ZUCKERMAN SPAEDER LLP | MORRIS JAMES LLP |
|---|---|
| /s/ Virginia Whitehill Guldi<br>Thomas G. Macauley (ID No.3411)<br>Virginia Whitehill Guldi (ID No. 2792)<br>919 N. Market Street, Suite 990<br>P.O. Box 1028<br>Wilmington, DE 19899<br>(302) 427-0400<br>tmacauley@zuckerman.com<br>vguldi@zuckerman.com<br>Attorneys for Plaintiff G&G, LLC | /s/ Michael A. Weidinger<br>Michael A. Weidinger (ID No. 3330)<br>500 Delaware Ave., Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19899<br>(302) 888-6800<br>mweidinger@morrisjames.com<br>Attorneys for Defendants<br>Brand Equity Ventures II, LP, Walnut Investment Partners, LP,<br>Walnut Private Equity Fund, LP,<br>The Walnut Group, Millevere Holdings Limited, Daniel Yarnell<br>James Gould, Simon Wright, Walt Spokowski |

SO ORDERED this _____ day of _____, 2008.

_____
The Honorable Sue L. Robinson
United States District Judge

1785430/1

1895962.1

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2008, I electronically filed *Stipulation and Order Regarding Time to File Answer* with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

Michael A. Weidinger
Morris James LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801

I hereby further certify that on July 25, 2008, I caused a copy of *Stipulation and Order Regarding Time to File Answer* to be served on the following by first-class mail, postage prepaid:

Michael A. Weidinger
Morris James LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801

                                  /s/ Virginia Whitehill Guldi
                                  Virginia Whitehill Guldi (ID No. 2792)

1483114.1